Decided March 1, 2004

STATE OF CONNECTICUT *v.* EDWIN SANTOS

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 147 (AC 23766), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided March 1, 2004

MICHAELA I. ALEXANDRU *v.* PATRICIA M. STRONG

The plaintiff's petition for certification for appeal from the Appellate Court, 81 Conn. App. 68 (AC 23895), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Michaela I. Alexandru*, pro se, in support of the petition.

*Thomas J. Hagarty, James V. Somers* and *Jude Francois*, in opposition.

Decided March 1, 2004